# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David Willis ,

    Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-332
                                            3:07-cr-277-1

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2012 Order.

                                                         Signed: January 23, 2012

                                                         Frank G. Johns, Clerk
                                                         United States District Court